

1  JEFFREY N. CLONTZ, ESQ.
   JEFFREY N. CLONTZ, LTD.
2  724 South Ninth Street
   Las Vegas, Nevada, 89101
3  (702) 386-0022

4  Attorney for Plaintiff

5
                    UNITED STATES DISTRICT COURT
6
                         DISTRICT OF NEVADA
7

8  DESERT PALACE, INC., a Nevada       )
   corporation, dba CAESARS PALACE,    )
9  and dba CAESARS TAHOE,              )
                                       )
10                 Plaintiff,           )
                                       ) CASE #CV S 90 189 HDM (RJJ)
11 vs.                                  )
                                       ) **DEFAULT JUDGMENT**
12 ROBERT C. LESANDO,                  )
                                       )
13                 Defendant.           )
   _____)

14    It appearing that the defendant, ROBERT C. LESANDO, having
15 been duly served with process and having failed to appear and
16 answer the Plaintiff's Complaint on file herein within the time
17 provided by law, default having been duly filed, and it appearing
18 that the Plaintiff having submitted evidence in support of
19 Plaintiff's claim to justify entry of Judgment, and the Court
20 finding that all allegations of Plaintiff's Complaint are true and
21 the Plaintiff is, as a matter of law entitled to Judgment as
22 prayed for, and good cause appearing therefor,

23    IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Plaintiff
24 have and recover Judgment against the Defendant for the sum of
25 SIXTY THREE THOUSAND ($63,000.00) DOLLARS, together with interest
26 at the rate of 12-1/2% per annum, the maximum rate permissible by
27 law upon the unpaid balance from June 17, 1988 until the date of
28 the judgment entered by this Court on the 17th day of May,

1

1990, and thereafter interest shall accrue at the rate of 8.70 % per annum, until paid in full, and costs of suit herein in the amount of $197.50.

DATED: This 16th day of May, 1990.

_____
DISTRICT JUDGE

Submitted by:

JEFFREY N. CLONTZ, LTD.,

BY: _____
JEFFREY N. CLONTZ, ESQ.
724 South Ninth Street
Las Vegas, Nevada, 89101
Attorney for Plaintiff

2